UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MILTON CAMACHO PEREZ,<br><br>               Petitioner,<br>v.<br>WILLIAM P. BARR, et al.,<br><br>               Respondents. | Case No. 2:21-cv-00139-RFB-NJK<br><br>ORDER |

Petitioner Milton Camacho Perez filed a *pro se* habeas corpus petition under 28 U.S.C. § 2241 challenging his continued detention by U.S. Immigration and Customs Enforcement pending enforcement of his final removal order (ECF No. 5). Respondents have answered the petition (ECF No. 9). Respondents explain that petitioner was released from Immigration and Customs Enforcement custody on May 26, 2021; therefore, his petition is now moot. Respondents attach a copy of the notice to the Executive Office of Immigration Review, which reflects that petitioner has been released pursuant to an order of supervision or own recognizance. Accordingly, the petition is dismissed as moot.

/ / /

/ / /

/ / /

/ / /

/ / /

1

**IT IS THEREFORE ORDERED** that the petition is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF No. 6) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 2 July 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE